# BOND SCHOENECK & KING

1010 Franklin Avenue, Suite 200 | Garden City, NY 11530-2900 | bsk.com

> APPLICATION GRANTED
> SO ORDERED /s/ *(signature)*
> VERNON S. BRODERICK
> U.S.D.J. 5/28/2019
>
> The initial pretrial conference is adjourned until June 7, 2019 at 11:00 a.m. All other dates and deadline remain in effect.

May 23, 2019

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:  *Trinidad Vargas v. Pier 59 Studios, L.P., et al.*
      Case No.: 1:18–cv-10357-VSB
      Request to Adjourn Initial Pretrial Conference (First Request)

Dear Judge Broderick:

This office represents the defendants in the above-referenced matter. Pursuant to Rule 1G of your Individual Rules and Practices in Civil Cases, we request an adjournment of the upcoming Rule 26 conference date, currently scheduled for June 6, 2019, on consent of counsel for plaintiff. The adjournment is requested because I am to be a scheduled speaker at a conference that will be held on that date.

Upon conferring with plaintiff's counsel, we jointly request an adjournment to one of the following dates and times, subject to the convenience of this Court:

1. June 7, 2019  (A.M.)
2. June 10, 2019 (A.M.)
3. June 11, 2019 (P.M.)
4. June 17, 2019 (P.M.)

Thank you for your courtesy in this matter.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

*/s/ Howard M. Miller*
Howard M. Miller

HMM/ll

184160.1 5/23/2019

May 23, 2019
Page 2

cc:   Geoffrey Luan, Esq.
      Lee Litigation Group, PLLC
      (Via ECF)

184160.1 5/23/2019