**LEE LITIGATION GROUP, PLLC**
148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: **212-465-1180**
FAX: **212-465-1181**
INFO@LEELITIGATION.COM

WRITER'S DIRECT:         212-661-1008
                         anne@leelitigation.com

November 13, 2019

**<u>Via ECF</u>**
The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:   *Vargas v. Pier 59 Studios L.P., et al.*
                 Case No.: 18-cv-10357(VSB)(GWG)

Dear Judge Broderick:

      We are counsel to Plaintiff and write, jointly with counsel to Defendants, to inform the Court that the parties have reached a settlement in principle. We are currently in the process of preparing the settlement documents, which we intend to file for fairness approval within 30 days.

      We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc: all parties at ECF