# LEE LITIGATION GROUP, PLLC
148 W. 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     212-465-1188
cklee@leelitigation.com

December 16, 2019

**VIA ECF**
The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 12/17/2019

Re:     *Vargas v. Pier 59 Studios L.P. et al*
Case No.: 1:18-cv-10357-VSB

Dear Judge Broderick:

We are counsel to Plaintiff in the above-referenced matter. We write, jointly with counsel to Defendants, to respectfully request extending the time to file the fairness by thirty (30) days. The reason for this request is to allow the parties to finalize the terms of the proposed settlement.

This is the parties' first request for the relief requested herein. Currently, the deadline to file the fairness is December 13, 2019.

We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:     all parties via ECF