# Lee Litigation Group, PLLC
148 W. 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct: 212-465-1188
cklee@leelitigation.com

January 15, 2020

**VIA ECF**
The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED /s/
> VERNON S. BRODERICK
> U.S.D.J. 1/16/2020
>
> The post-discovery conference currently scheduled for January 30, 2020 is adjourned sine die.

Re: *Vargas v. Pier 59 Studios L.P. et al*
Case No.: 1:18-cv-10357-VSB

Dear Judge Broderick:

We are counsel to Plaintiff in the above-referenced matter. We write, jointly with counsel to Defendants, to respectfully request extending the time to file the fairness by seven (7) days. The reason for this request is to allow the parties to execute the finalized settlement agreement. The agreement is currently out for execution with Defendants.

This is the parties' second request for the relief requested herein. The first request was granted (Docket No. 39). Currently, the deadline to file the fairness is January 15, 2020.

We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF