# EXHIBIT B

**FOR SETTLEMENT PURPOSES ONLY**
**(Pier 59 Studios)**

**Calculaton for**    **Trinidad Vargas**

**Period 1**
**Assumptions:**          Period Worked                November 6, 2012 to December 31, 2013
                         Number of weeks worked       60 weeks
                         Hours worked/week            40 hours
                         Salary                       $12.00 per hour
**Time Shaving**
During this working period, off-the-clock working hours were 1 hour every day.
          Unpaid Wage =  12 x 1.5 x 1 hour x 5 work days x worked weeks
                      =  12 x 1.5 x 1 x 5 x 60
                      =  $5,400.00
**Period 1 Total =**  $5,400.00

**Period 2**
**Assumptions:**          Period Worked                January 1, 2014 to December 31, 2014
                         Number of weeks worked       52 weeks
                         Hours worked/week            40 hours
                         Salary                       $12.00 per hour
**Time Shaving**
During this working period, off-the-clock working hours were 1 hour every day.
          Unpaid Wage =  12 x 1.5 x 1 hour x 5 work days x worked weeks
                      =  12 x 1.5 x 1 x 5 x 52
                      =  $4,680.00
**Period 2 Total =**  $4,680.00

**Period 3**
**Assumptions:**          Period Worked                January 1, 2015 to December 31, 2015
                         Number of weeks worked       52 weeks
                         Hours worked/week            40 hours
                         Salary                       $12.00 per hour
**Time Shaving**
During this working period, off-the-clock working hours were 1 hour every day.
          Unpaid Wage =  12 x 1.5 x 1 hour x 5 work days x worked weeks
                      =  12 x 1.5 x 1 x 5 x 52
                      =  $4,680.00
**Period 3 Total =**  $4,680.00

**Period 4**
**Assumptions:**          Period Worked                January 1, 2016 to November 30, 2016
                         Number of weeks worked       48 weeks

|                     |                   |
|---------------------|-------------------|
| Hours worked/week   | 40 hours          |
| Salary              | $12.00 per hour   |

**Time Shaving**

During this working period, off-the-clock working hours were 1 hour every day.

$$\text{Unpaid Wage} = 12 \times 1.5 \times 1 \text{ hour} \times 5 \text{ work days} \times \text{worked weeks}$$
$$= 12 \times 1.5 \times 1 \times 5 \times 48$$
$$= \$4,320.00$$

**Period 4 Total =** $4,320.00

**Back wages (all periods) = $19,080.00**

| | |
|---|---|
| NY State Liquidated Damage   = | $19,080.00 |
| Statutory Penalty for Invalid Wage and Hour Notice = | $5,000.00 |
| Statutory Penalty for Invalid Wage Statement   = | $5,000.00 |
| Compensation for Discrimination Claims = | $500,000 |

**Total = $548,160.00**

Legal fees and expenses to be determined.