# EXHIBIT C

Below is a chart summarizing the specific attorneys and paralegals, their hourly rates, and their total time spent on this matter.

| INDIVIDUAL | HOURLY RATE | TOTAL HOURS | FEES |
|---|---|---|---|
| C.K. Lee, Senior Counsel | $650 | 1.2 | $780 |
| Anne Seelig, Senior Counsel | $650 | 4.2 | $2,730 |
| Clara Lam, 5th Year Associate | $450 | 16.0 | $7,200 |
| Taimur Alamgir, 4th Year Associate | $350 | 0.9 | $315 |
| Rebecca Driver, Paralegal | $175 | 3.7 | $647.50 |
| Agnes Lopez, Paralegal | $175 | 2.3 | $402.50 |
| Luis Arnaud, Paralegal | $175 | 6.9 | $1,207.50 |
| **TOTALS:** | | | **$13,282.50** |

**Costs and Expenses**: $496

**Total: $13,778.50**

*Vargas v. Pier 59 Studios L.P. et al* (Case No. 18-cv-10357) – Time Sheet

Timekeeper:  C.K. Lee

Date:  November 7, 2018          Case:  Pier 59          Hours Worked: 0.3
        Revised CL's complaint

Date:  March 27, 2019          Case:  Pier 59          Hours Worked: 0.1
        Internal discussion with CL re: document production and analysis of documents

Date:  November 25, 2019          Case:  Pier 59          Hours Worked: 0.1
        Reviewed RD's settlement agreement

Date:  December 12, 2019          Case:  Pier 59          Hours Worked: 0.1
        Corresponded with RD re: Letter and reviewed RD's letter

Date:  December 13, 2019          Case:  Pier 59          Hours Worked: 0.2
        Corresponded with RD re: fairness and call with RD re: fairness

Date:  December 17, 2019          Case:  Pier 59          Hours Worked: 0.1
        Corresponded with RD re: call with Defendants' counsel

Date:  January 13, 2020          Case:  Pier 59          Hours Worked: 0.3
        Revised RD's fairness submission

Total: 1.2 Hours

*Vargas v. Pier 59 Studios L.P. et al* (Case No. 18-cv-10357) – Time Sheet

Timekeeper:  Anne Seelig

Date:  October 7, 2019          Case:  Pier 59          Hours Worked:          1.0
Analyzed file, case management plan, correspondence with Defendants' counsel

Date:  October 8, 2019          Case:  Pier 59          Hours Worked:          0.2
Corresponded with Defendants' counsel re: scheduling call

Date:  October 10, 2019          Case:  Pier 59          Hours Worked:          0.5
Internal discussion with CKL, call with Defendants' counsel to discuss deposition
scheduling and settlement negotiation

Date:  October 11, 2019          Case:  Pier 59          Hours Worked:          0.3
Call with Defendants' counsel re: settlement (0.2), internal discussion with CKL (0.1)

Date:  October 15, 2019          Case:  Pier 59          Hours Worked:          0.4
Discussion with client re: settlement (0.2), discussion with Defendants' counsel re:
settlement (0.2)

Date:  October 23, 2019          Case:  Pier 59          Hours Worked:          0.2
Correspondence with Defendants' counsel

Date:  October 24, 2019          Case:  Pier 59          Hours Worked:          0.2
Call with Defendants' counsel

Date:  November 4, 2019          Case:  Pier 59          Hours Worked:          0.2
Correspondence with counsel

Date:  November 5, 2019          Case:  Pier 59          Hours Worked:          0.2
Call with J. Smith

Date:  November 12, 2019          Case:  Pier 59          Hours Worked:          0.4
Call and correspondence and call with Defendants' counsel re: settlement (0.3), internal
correspondence with RD re: settlement docs (0.1)

Date:  November 13, 2019          Case:  Pier 59          Hours Worked:          0.6
Drafted letter to Court re: settlement in principle (0.3), correspondence with Defendants
(0.2), filed letter on ECF (0.1)

Total: 4.2 Hours

*Vargas v. Pier 59 Studios L.P. et al* (Case No. 18-cv-10357) – Time Sheet

Timekeeper: Clara Lam

Date:   March 6, 2017          Case:   Pier 59 Studios       Hours Worked:      1.7
Due diligence and corporate entity search (1.0); and
Analyzed claims (0.7).

Date:   July 19, 2018          Case:   Pier 59 Studios       Hours Worked:      2.4
Client intake with JM as interpreter.

Date:   July 20, 2018          Case:   Pier 59 Studios       Hours Worked:      6.7
Drafted complaint.

Date:   November 7, 2018       Case:   Pier 59 Studios       Hours Worked:      0.7
Revised for filing.

Date:   January 25, 2019       Case:   Pier 59 Studios       Hours Worked:      0.1
Responded to Defendants re: their request for DOL documents.

Date:   February 21, 2019      Case:   Pier 59 Studios       Hours Worked:      4.1
Legal research (2.9);
Conference with LA and Plaintiff to discuss claims (0.2); and
Drafted amended complaint (1.0).

Date:   March 27, 2019         Case:   Pier 59 Studios       Hours Worked:      0.2
Internal discussion with CKL re: document production and analysis of documents (0.1);
and
Emailed Defendants re: discovery (0.1).

Date:   May 7, 2019            Case:   Pier 59 Studios       Hours Worked:      0.1
Call with DFs re: settlement.


Total: 16.0 Hours

*Vargas v. Pier 59 Studios L.P. et al* (Case No. 18-cv-10357) – Time Sheet

Timekeeper:  Taimur Alamgir

Date:   February 7, 2017              Case:   Pier 59              Hours Worked: 0.1
Corresponded with LA re: questions for Plaintiff

Date:   February 13, 2017            Case:   Pier 59              Hours Worked: 0.1
Corresponded with LA re: questions for Plaintiff

Date:   August 19, 2019              Case:   Pier 59              Hours Worked: 0.1
Corresponded with AL re: depositions

Date:   August 23, 2019              Case:   Pier 59              Hours Worked: 0.6
Call with Defendants' counsel re: depositions


                                        Total: 0.9 Hours

*Vargas v. Pier 59 Studios L.P. et al* (Case No. 18-cv-10357) – Time Sheet

Timekeeper:  Rebeca Driver

Date:   November 12, 2019        Case:   Pier 59        Hours Worked: 0.4
Prepared settlement agreement

Date:   November 25, 2019        Case:   Pier 59        Hours Worked: 0.2
Emailed Defendants' counsel re: settlement agreement and reviewed Order

Date:   November 26, 2019        Case:   Pier 59        Hours Worked: 0.2
Corresponded with TA re: timesheets and emailed AL re: timesheets

Date:   December 2, 2019        Case:   Pier 59        Hours Worked: 0.1
Followed up with Defendants' counsel

Date:   December 3, 2019        Case:   Pier 59        Hours Worked: 0.1
Emailed AS re: agreement and emailed J. Smith re: agreement

Date:   December 10, 2019        Case:   Pier 59        Hours Worked: 0.1
Emailed CL re: timesheets

Date:   December 11, 2019        Case:   Pier 59        Hours Worked: 0.1
Followed up with Defendants' counsel

Date:   December 12, 2019        Case:   Pier 59        Hours Worked: 0.3
Reviewed Defendants' revisions, emailed TN re: expenses, prepared Letter to Extend
Time to File Fairness, corresponded with CKL re: Letter, and emailed Defendants'
counsel re: Letter

Date:   December 13, 2019        Case:   Pier 59        Hours Worked: 0.3
Corresponded with CKL re: fairness, call with CKL re: fairness, call with J. Smith re:
fairness

Date:   December 17, 2019        Case:   Pier 59        Hours Worked: 0.1
Corresponded with CKL re: call and emailed J. Smith re: call

Date:   January 3, 2020        Case:   Pier 59        Hours Worked: 0.3
Prepared execution copy, emailed Defendants' counsel, and sent agreement to LA to sign

Date:   January 8, 2020        Case:   Pier 59        Hours Worked: 0.8
Prepared fairness submission

Date:   January 13, 2020        Case:   Pier 59        Hours Worked: 0.7
Prepared fairness submission

Total: 3.7 Hours

*Vargas v. Pier 59 Studios L.P. et al* (Case No. 18-cv-10357) – Time Sheet

Timekeeper:  Agnes Lopez

Date:  August 21, 2019          Case:  Pier 59          Hours Worked:     0.8
Prepared Notice of Appearance for Tim Alamgir, filed on ECF, scheduled possible deposition dates, and corresponded with TA re: case status

Date:  August 22, 2019          Case:  Pier 59          Hours Worked:     0.7
Phone call with PF re: information for Individual Declaration and deposition dates

Date:  October 9, 2019          Case:  Pier 59          Hours Worked:     0.8
Emailed Defendants' counsel re: information, schedule for depositions

Total: 2.3 Hours

*Vargas v. Pier 59 Studios L.P. et al (Case No. 18-cv-10357) – Time Sheet*

Timekeeper:  Luis Arnaud

Date:   December 5, 2016            Case:   Pier 59         Hours Worked:        1.5
Intake meeting with PF Trinidad Vasquez

Date:   February 7, 2017            Case:   Pier 59         Hours Worked:        0.5
Call with PF Trinidad Vasquez re: employment info

Date:   March 8, 2017              Case:   Pier 59         Hours Worked:        0.4
Call with PF Trinidad Vasquez re: damages

Date:   May 1, 2017               Case:   Pier 59         Hours Worked:        0.2
Call with PF Trinidad Vasquez re: case update

Date:   June 7, 2017              Case:   Pier 59         Hours Worked:        0.4
Call with PF Trinidad Vasquez re: case update

Date:   August 16, 2017           Case:   Pier 59         Hours Worked:        0.4
Call with PF Trinidad Vasquez re: case update

Date:   December 18, 2017         Case:   Pier 59         Hours Worked:        0.4
Call with PF Trinidad Vasquez re: case update

Date:   February 6, 2018           Case:   Pier 59         Hours Worked:        0.2
Call with PF Trinidad Vasquez re: case update

Date:   April 5, 2018             Case:   Pier 59         Hours Worked:        0.2
Call with PF Trinidad Vasquez re: case update

Date:   July 25, 2018             Case:   Pier 59         Hours Worked:        0.2
Call with PF Trinidad Vasquez re: case update

Date:   October 3, 2018           Case:   Pier 59         Hours Worked:        0.3
Call with PF Trinidad Vasquez re: case update

Date:   February 6, 2019           Case:   Pier 59         Hours Worked:        0.3
Call with PF Trinidad Vasquez re: case update

Date:   February 21, 2019    Case:   Pier 59 Studios      Hours Worked:        0.2
Conference with CL and PF Trinidad Vargas re: claims

Date:   August 12, 2019           Case:   Pier 59         Hours Worked:        1.1
Call with PF Trinidad Vasquez, going over her responses to Defendants' interrogatories

Date:   October 15, 2019         Case:   Pier 59       Hours Worked:      0.8
        Call with PF Trinidad Vasquez re: settlement negotiations and her claims

Date:   January 13, 2020         Case:   Pier 59       Hours Worked:      0.8
        Meeting with PF Trinidad Vasquez re: going over settlement agreement, signing

                                         Total:  6.9 Hours