# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
TRINIDAD VARGAS,
*on behalf of herself, FLSA Collective Plaintiffs and the Class,*

                                Plaintiff,

  -against-

PIER 59 STUDIOS L.P., and FEDERICO
PIGNATELLI,

                             Defendants.
------------------------------------------x

**STIPULATION & ORDER OF DISMISSAL**

Index No. 18-CV-10357
(VSB)(GWG)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for Plaintiff and Defendants that any and all claims asserted by Plaintiff in the above entitled action are hereby discontinued and dismissed, with prejudice, as against Defendants, without costs or attorneys' fees to any party as against another.

Dated: January 17, 2020
New York, NY

_____
C.K. Lee, Esq.

Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
P: (212) 465-1188
F: (212) 465-1181

*Attorneys for Plaintiff*

Dated: January 17, 2020
New York, NY

_____
Howard M. Miller, Esq.

Bond Schoeneck & King PLLC
1010 Franklin Avenue Suite 200
Garden City, NY 11530
P: (516)-267-6300
F: (516)-267-6301

*Attorneys for Defendants*

SO ORDERED:

_____