# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

October 8, 2020

**VIA ECF**

The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J. 10/9/2020

Re:   *Vargas v. Pier 59 Studios L.P. et al*
        Case No.: 1:18-cv-10357-VSB

Dear Judge Broderick:

We are counsel to Plaintiff in the above referenced case and write, jointly with counsel to Defendants, to respectfully request a two-week extension of the deadline to file a submission in response to Dkt. No. 46, such that the response would be due on October 23, 2020.

The Court instructed the parties to file a revised proposed settlement agreement or a joint letter, within thirty (30) days of the Court's September 10, 2020 Order (Dkt. No. 46). However, as the parties are still negotiating the revised settlement, we require additional time.

Defendants' counsel consents to the extension request. This is the first request for extension of the deadline.

We thank the Court for its kind consideration.

Respectfully submitted,

/s/ Anne Seelig
Anne Seelig, Esq.


cc: all parties via ECF